# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN LEE RUSH,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 70030

FILED

JUL 07 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL



This is a pro se appeal from a district court order denying a motion to resubmit modification of sentence due to new evidence and information. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
     John Lee Rush
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-21195